LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
AMBER M. WILLIAMS, ESQ.
Nevada Bar No. 12301
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 – Telephone
(702) 382-1512 – Facsimile
kanderson@lipsonneilson.com
awilliams@lipsonneilson.com

*Attorneys for Defendant*
*York Village Community Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>v.<br><br>SBW INVESTMENT LLC, a Utah limited liability company; SFR INVESTMENTS POOL I, LLC, a Nevada limited liability company; YORK VILLAGE COMMUNITY ASSOCIATION, a Nevada non-profit corporation; NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation.<br><br>Defendants. | CASE NO.: 2:16-cv-02012-JCM-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF DEADLINES FOR RESPONSES & REPLIES TO DISPOSITIVE MOTIONS**<br><br>**(First Request)** |

COMES NOW, Plaintiff/Counter-Defendant, JPMORGAN CHASE BANK, N.A. (hereinafter "Chase"), Defendant/Counterclaimant, SFR INVESTMENTS POOL I, LLC ("SFR"), and Defendant, YORK VILLAGE COMMUNITY ASSOCIATION ("HOA") (hereinafter collectively "Parties"), by and through their undersigned and respective counsel of record, and hereby stipulate as follows in accordance with LR IA 6-1 and LR 26-4.

///

///

///

Currently pending before this Court are the HOA's Motion for Summary Judgment [ECF No. 44]; Chase's Motion for Summary Judgment [ECF No. 45][1]; and SFR's Motion for Summary Judgment [ECF No. 47][2], all of which were filed on October 31, 2017. The Response deadline to these pending motions is currently, Tuesday, November 21, 2017. Given the upcoming holiday and for the convenience of the Parties to have additional time to prepare their responses, the Parties stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that the Parties shall have an extension of one (1) week up to and until November 28, 2017, to file their respective Responses to the pending Motions for Summary Judgment.

IT IS HEREBY FURTHER STIPULATED AND AGREED that the Parties shall have up to and until December 19, 2017, to file their Replies in Support of their respective Motions for Summary Judgment.

This is the Parties first request for an extension of the briefing deadlines for the pending dispositive motions.

The Parties have entered into the agreement in good faith and not for purposes of delay or to prejudice any party. This is the Parties' way of accommodating one another given the overall increase in litigation in their areas of law practice and in light of the upcoming holiday.

///
///
///
///
///
///
///

---

[1] *See also* ECF No. 46 (Notice of Corrected Image/Document re Dkt. No. 45).
[2] *See also* ECF No. 48 (Notice of Corrected/Document re Dkt. No. 47).

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500   FAX: (702) 382-1512

*J.P. Morgan Chase Bank, N.A. v. SBW Investment, LLC*
*Case No. 2:16-cv-02012-JCM-VCF*

Dated:  November 21, 2017.

**BALLARD SPAHR, LLP**

*/s/ Stacy H. Rubin*
_____
JOEL E. TASCA, ESQ.
Nevada Bar No. 14124
SYLVIA O. SEMPER, ESQ.
Nevada Bar No. 12863
STACY H. RUBIN, ESQ.
Nevada Bar No. 9298
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
*Attorneys for JPMorgan Chase Bank, N.A.*

Dated:  November 21, 2017.

**LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C.**

*/s/ Amber M. Williams*
_____
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
AMBER M. WILLIAMS, ESQ.
Nevada Bar No. 12301
9900 Covington Cross Drive, Ste. 120
Las Vegas, Nevada 89144
*Attorneys for York Village Community Association*

Dated:  November 21, 2017.

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron*
_____
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
*Attorneys for SFR Investments Pool 1, LLC*

*J.P. Morgan Chase Bank, N.A. v. SBW Investment, LLC*
Case No. 2:16-cv-02012-JCM-VCF

## **ORDER**

IT IS HEREBY ORDERED that the Parties shall have an extension of one (1) week up to and until November 28, 2017, to file their respective Responses to the pending Motions for Summary Judgment.

IT IS FURTHER ORDERED that the Parties shall have up to and until December 19, 2017, to file their Replies in Support of their respective Motions for Summary Judgment.

DATED November 22, 2017.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

*/s/ Amber M. Williams*
Kaleb D. Anderson, Esq. (Bar No. 7582)
Amber M. Williams, Esq. (Bar No. 12301)
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144

*Attorneys for Defendant*
*York Village Community Association*