Joel E. Tasca
Nevada Bar No. 14124
Sylvia O. Semper
Nevada Bar No. 12863
Stacy H. Rubin
Nevada Bar No. 9298
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
sempers@ballardspahr.com
rubins@ballarspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SBW INVESTMENT, LLC, a Utah limited liability company; SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; YORK VILLAGE COMMUNITY ASSOCIATION, a Nevada non-profit corporation; NEVADA ASSOCIATION SERVICES, a Nevada corporation <br><br> Defendants. <br><br> SFR INVESTMENTS POOL 1, LLC, <br><br> Counter/Cross-Claimant <br><br> vs. <br><br> JPMORGAN CHASE BANK, N.A., and LASHAUN L. POLK, <br><br> Counter/Cross-Defendants. | Case No. 2:16-cv-02012-JCM-VCF <br><br> **STIPULATION AND ORDER TO STAY ENTIRE CASE PENDING SETTLEMENT** <br><br> **(First Request)** |

///

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A. ("Chase"), Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC ("SFR") and Defendant York Village Community Association ("York Village") (collectively, the "Parties"), through their respective attorneys, stipulate as follows:

1. On or about April 11, 2017, the Court entered an order amending the discovery deadlines, setting the deadline to complete discovery for August 1, 2017, dispositive motions for August 31, 2017, and the deadline to file the joint pre-trial order for October 1, 2017 (ECF No. 35). On or about July 13, 2017, the Court subsequently ordered October 31, 2017 as the deadline to file dispositive motions, and November 30, 2017 or thirty (30) days after a decision is rendered on the dispositive motions to file the joint pretrial order (ECF No. 42).

2. The Parties have since come to an agreement and are in the process of finalizing settlement.

3. Given the resolution and to avoid wasting resources and incurring potentially unnecessary expense associated with continued litigation, the Parties agree, and hereby request, a stay of the case to give each side sufficient time and resources to finalize settlement.

[*Continued on the following page*]

4. The Parties anticipate that it may take approximately 90 days to finalize the settlement agreement, perform the material terms under the settlement agreement, and be in a position to dismiss this matter.

5. The Parties make this stipulation in good faith and not for purposes of delay.

Dated: April 4, 2018

| BALLARD SPAHR LLP | KIM GILBERT EBRON |
|---|---|
| By: /s/ Stacy H. Rubin<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Sylvia O. Semper<br>Nevada Bar No. 12863<br>Stacy H. Rubin<br>Nevada Bar No. 9298<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Diana S. Ebron<br>Diana S. Ebron<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert<br>Nevada Bar No. 10593<br>Karen L. Hanks<br>Nevada Bar No. 9578<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada 89014 |
| *Attorneys for JPMorgan Chase Bank, N.A.* | *Attorneys for SFR Investments Pool 1, LLC* |

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: /s/ Amber M. Williams
Kaleb D. Anderson
Nevada Bar No. 7582
Amber M. Williams
Nevada Bar No. 12301
9900 Covington Cross Drive
Suite 120
Las Vegas, NV 89144

*Attorneys for York Village Community Association*

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE
DATED: April 9, 2018

3