UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JP MORGAN CASE BANK, N.A., | Case No. 2:16-CV-2012 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| SBW INVESTMENT, LLC, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *JPMorgan Chase Bank, N.A. v. SBW Investment LLC et al*, case no. 2:16-cv-02012-JCM-VCF.

On April 9, 2018, the court granted the parties' stipulation to stay this case pending settlement negotiations. (ECF No. 63). Since that date, no party has filed any documents with this court. The court orders the parties to file a joint status report.

Accordingly,

IT IS HEREBY ORDERED that the parties shall file a joint status report within fourteen (14) days of the date of this order indicating the status of the current action. Failure to file a timely joint status report will result in dismissal of this case for want of prosecution.

DATED July 16, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**