UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JP MORGAN CASE BANK, N.A., | Case No. 2:16-CV-2012 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| SBW INVESTMENT, LLC, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *JPMorgan Chase Bank, N.A. v. SBW Investment LLC, et al*, case number 2:16-cv-02012-JCM-VCF.

In light of the parties' notice of settlement/status report (ECF No. 65), the court will deny defendant York Village Community Association's motion for summary judgment (ECF No. 44), counterdefendant JP Morgan Chase Bank, N.A.'s motion for summary judgment (ECF No. 45), and counterclaimant SFR Investments Pool 1, LLC's motion for summary judgment (ECF No. 47) without prejudice to the parties' ability to renew their motions should the settlement not materialize.

Accordingly,

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the parties shall submit a joint status report to the court within thirty (30) days of the date of this order. Failure to submit a joint status report may result in dismissal of this case for want of prosecution.

DATED August 21, 2018.

UNITED STATES DISTRICT JUDGE