Joel E. Tasca
Nevada Bar No. 14124
Stacy H. Rubin
Nevada Bar No. 9298
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
rubins@ballarspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SBW INVESTMENT, LLC, a Utah limited liability company; SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; YORK VILLAGE COMMUNITY ASSOCIATION, a Nevada non-profit corporation; NEVADA ASSOCIATION SERVICES, a Nevada corporation <br><br> Defendants. | Case No. 2:16-cv-02012-JCM-VCF <br><br> **STIPULATION AND ORDER TO 1) DISMISS CLAIMS BETWEEN JPMORGAN CHASE BANK, N.A., YORK VILLAGE COMMUNITY ASSOCIATION, AND SFR INVESTMENTS POOL 1, LLC WITH PREJUDICE; AND 2) LIFT STAY ENTERED APRIL 9, 2018** |
| SFR INVESTMENTS POOL 1, LLC, <br><br> Counter/Cross-Claimant <br><br> vs. <br><br> JPMORGAN CHASE BANK, N.A., and LASHAUN L. POLK, <br><br> Counter/Cross-Defendants. | |

DMWEST #18216149 v1

1 Pursuant to Rule 41 of the Federal Rules of Civil Procedure Plaintiff/Counter-
2 Defendant JPMorgan Chase Bank, N.A. ("Chase"),
3 Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC ("SFR")
4 and Defendant York Village Community Association ("York Village") (collectively,
5 the "Parties"), through their respective attorneys, stipulate as follows:

6 1. This action concerns title to real property commonly known as 8137
7 Lake Geneva Court, Las Vegas, NV 89113 (the "Property") following a homeowner's
8 association foreclosure sale conducted on August 24, 2012, with respect to the
9 Property.

10 2. As it relates to the Parties, a dispute arose regarding that certain Deed
11 of Trust recorded against the Property in the Official Records of Clark County,
12 Nevada as Instrument Number 20080402-0002392 (the "Deed of Trust"), and in
13 particular, whether the Deed of Trust continues to encumber the Property.

14 3. The Parties to this Stipulation have agreed to release their respective
15 claims, and further agreed that the claims between them, including the Complaint
16 and Counterclaim, shall be DISMISSED with prejudice.

17 4. As neither SBW Investment, LLC nor Nevada Association Services
18 appeared in this action, Chase hereby voluntarily dismisses its claims against them
19 pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

20 5. The Parties further stipulate and agree that the two Lis Pendens
21 recorded against the Property in the Official Records of Clark County, Nevada, as
22 Instruments Number 20161208-0001199 and 20140220-0000116 be, and the same
23 hereby are, EXPUNGED.

24 6. The Parties further stipulate and agree that the $500 in security costs
25 posted by Chase on November 9, 2016 pursuant to this Court's Order [ECF No. 15]
26 shall be discharged and released to the Ballard Spahr LLP Trust Account.

27 7. The Parties further stipulate and agree that a copy of this Stipulation
28 and Order may be recorded with the Clark County Recorder.

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

DMWEST #18216149

8. The Parties further agree to lift the stay entered April 9, 2018 [ECF No. 63].

9. Each party in this case number 2:16-cv-02012-JCM-VCF shall bear its own attorneys' fees and costs.

Dated: November 19, 2018

BALLARD SPAHR LLP

By: /s/ Stacy H. Rubin
    Joel E. Tasca
    Nevada Bar No. 14124
    Stacy H. Rubin
    Nevada Bar No. 9298
    1980 Festival Plaza Drive, Suite 900
    Las Vegas, Nevada 89135

*Attorneys for JPMorgan Chase Bank, N.A.*

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: /s/ Amber M. Williams
    Kaleb D. Anderson
    Nevada Bar No. 7582
    Amber M. Williams
    Nevada Bar No. 12301
    9900 Covington Cross Drive
    Suite 120
    Las Vegas, NV 89144

*Attorneys for York Village Community Association*

KIM GILBERT EBRON

By: /s/ Jacqueline A. Gilbert
    Diana S. Ebron
    Nevada Bar No. 10580
    Jacqueline A. Gilbert
    Nevada Bar No. 10593
    Karen L. Hanks
    Nevada Bar No. 9578
    7625 Dean Martin Dr., Suite 110
    Las Vegas, Nevada 89014

*Attorneys for SFR Investments Pool 1, LLC*

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE
DATED: January 28, 2019

3