# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JP MORGAN CASE BANK, N.A., | Case No. 2:16-CV-2012 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| SBW INVESTMENT, LLC, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *JPMorgan Chase Bank, N.A. v. SBW Investment LLC, et al,* case no. 2:16-cv-02012-JCM-VCF.

On September 20, 2018, the parties filed a joint status report indicating that a settlement had been reached in this matter. (ECF No. 67). The parties therefore requested sixty (60) days to "complete the settlement process." *Id.*

However, as of the date of this order, no stipulation of dismissal or status report has been filed. Accordingly, the parties are hereby ordered to file, within thirty (30) days from the date of this order, a status report indicating the status of the settlement.

Accordingly,

IT IS ORDERED THAT the parties shall file, within thirty (30) days from the date of this order, a status report indicating the status of the settlement negotiations between the parties. Failure to comply with this order may result in dismissal of the case.

IT IS SO ORDERED.

DATED May 2, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**